# Court of Appeals
# of the State of Georgia

ATLANTA, August 11, 2025

*The Court of Appeals hereby passes the following order:*

## A26A0100. PAMELA WILLIAMS v. MY RENTALS LLC et al.

This case began as a dispossessory proceeding in magistrate court. The magistrate court found against Pamela Williams and issued a writ of possession, and Williams filed a petition for review to the superior court. My Rentals then filed a motion for summary judgment and Williams filed a motion seeking reduction of rent paid into the registry, among other relief. After a hearing, the superior court granted My Rentals's motion for summary judgment, denied Williams's motion, and issued another writ of possession. Williams then filed a notice of appeal. We lack jurisdiction.

Appeals from superior court decisions reviewing lower court decisions by petition for review must be initiated by filing an application for discretionary review. OCGA § 5-6-35 (a) (1), (b); *Bullock v. Sand*, 260 Ga. App. 874, 875 (581 SE2d 333) (2003). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Because this case involves a petition for superior court review of a magistrate court decision, Williams was required to file an application for discretionary review. See

*Bullock*, 260 Ga. App. at 875. Her failure to do so deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* __08/11/2025_____

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*